(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Aaron Darnell Stewart

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

TIAA Third Avenue, New York, NY 10017-3206

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 23-338

(To be assigned by Clerk's Office)

# COMPLAINT
(Pro Se)

Jury Demand?
☐ Yes
☒ No



2023 MAR 27 AM 9:59

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I.  PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __Stewart Aaron D.__
Name (Last, First, MI)

__1803 N<sup>th</sup> Market St. Apt #302__
Street Address

__New Castle, Wilmington__   __DE__   __[19802]__
County, City                State        Zip Code

__(302) 452-4057__   __ArStewartt@net.com__
Telephone Number      E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __TIAA__
Name (Last, First)

__Third Avenue__
Street Address

__New York, N.Y.__       __[10017-3206]__
County, City          State        Zip Code

Defendant 2: __TIAA.org__
Name (Last, First)

__P.O. Box 1268__
Street Address

__Charlotte__       __N.C.__   __[28201]__
County, City          State        Zip Code

Page **2** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

## Defendant(s) Continued

Defendant 3: **TIAA**
Name (Last, First)

**Third Avenue**
Street Address

**New York,**       **NY**       **[10017-3206]**
County, City        State        Zip Code


Defendant 4: **P.O. Box 1268**
Name (Last, First)

**P.O. Box 1268**
Street Address

**Charlotte,**       **N.C.**       **[28201]**
County, City         State         Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

*Human Rights as of the Constitution as follows.*

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Cause of The Oath to Office; the best to the defense of Offense being committed in this captioned in the above epistle.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: 1803 N<sup>th</sup> Market St. Apt #302 Wilm, DE [19802]

Date(s) of occurrence: January 1st 2022 to March 31, 2022

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

It triggered the P.T.S.D. where I've to maintain equilibrium, mental anguish.

(Del. Rev. 11/14) Pro Se General Complaint Form

| Was anyone else involved? | No |

(Del. Rev. 11/14) Pro Se General Complaint Form

| Who did what? | |
|---|---|

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

_Traumatic_

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $ _7,952.15_

☐ Other (explain):

_Return funds being withheld_

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

03/27/2023
Dated

aaron stewart
Plaintiff's Signature

Stewart Aaron D
Printed Name (Last, First, MI)

1803 N.th Market St. Apt #302   Wilmington,   DE   [19802]
Address                          City            State  Zip Code

(302) 452-4057
Telephone Number

ArStewartl@net.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**