IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AARON DARNELL STEWART,      :
                            :
    Plaintiff,              :
                            :
v.                          :   Civ. No. 23-338-CFC
                            :
TIAA, et al.,               :
                            :
    Defendants.             :

**ORDER**

At Wilmington on this ___ day of March in 2024;

IT IS HEREBY ORDERED that:

1. On January 16, 2024, an Order was entered that dismissed the Complaint and gave Plaintiff leave to file an amended complaint or before February 16, 2024. (D.I. 8) The Order advised Plaintiff that the Clerk of Court would be directed to close the case should Plaintiff fail to timely file an amended complaint. (*Id.*).

2. The time has passed, and Plaintiff has failed to file an amended complaint.

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

_____
Chief Judge